■ Joseph C. Hale, Appellant, v Meadowood Farms of Cazenovia, LLC, et al., Respondents. (Appeal No. 2.) [964 NYS2d 56]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered September 4, 2012. The order denied plaintiff's motion seeking leave to renew and reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Hale v Meadowood Farms of Cazenovia, LLC* (104 AD3d 1330 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.